

NUMBER 13-14-00046-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

DOCTORS HOPSITAL AT RENAISSANCE, LTD.
AND RGV MED, LLC,                                          Appellants,

**v.**

JESUS JAIME ANDRADE AND
JESSICA ANDRADE,                                          Appellees.

## On Petition for Permissive Appeal from the
## 275th District Court of Hidalgo County, Texas.

# ORDER

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Order Per Curiam**

Doctors Hospital and Renaissance, Ltd., and RGV MED, LLC have filed a petition

for permissive interlocutory appeal challenging the trial court's denial of summary

judgment in trial court cause number 5886-13-E.  *See* TEX. R. APP. P. 28.3; TEX. CIV.

PRAC. & REM. CODE ANN. § 51.014(d), (f).  The Court, having examined and fully considered the petition, hereby requests that the trial court plaintiffs, Jesus Jaime Andrade and Jessica Andrade, file any response to the petition with this Court within ten (10) days of the date of this order.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
4th day of February, 2015.